STATE BOARD OF MEDICAL EXAMINERS, RESPONDENT, v. COLLEGE OF MECCA OF CHIROPRACTIC, INCORPORATED, APPELLANT.

Submitted October 26, 1928—Decided May 20, 1929.

For the respondent, *Edward L. Katzenbach.*

For the appellant, *J. Raymond Tiffany.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, PARKER, LLOYD, WHITE, McGLENNON, KAYS, HET-FIELD, JJ. 9.

*For reversal*—KALISCH, VAN BUSKIRK, DEAR, JJ. 3.